IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIO VILAN, | ) |
| | ) |
| Plaintiff, | )   Case No. |
| | ) |
| v. | ) |
| | ) |
| LKQ PICK YOUR PART SOUTHEAST, LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF REMOVAL**

LKQ Pick Your Part Southeast, LLC ("LKQ"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, submits this Notice of Removal of this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. The grounds for removal are:

1. On March 16, 2021, Plaintiff Mario Vilan ("Plaintiff") filed a Complaint in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, captioned: *Mario Vilan v. LKQ Pick Your Part, LLC,* Case No. 2021-006344-CA-01 (the "State Court Action"). In his Complaint, Plaintiff alleges violations of the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 ("FMLA"), the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, and the Florida Civil Rights Act of 1992 ("FCRA"), Fla. Stats. § 760. *See* State Court Action, attached hereto as Exhibit A, ¶¶ 1, 28-79.

2. On March 17, 2021, the Clerk of the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida issued Summons in the State Court Action to Defendant. *See* Exhibit B. On April 16, 2021, Plaintiff served LKQ's Registered Agent with said Summons

1

and Complaint. *See* Exhibit C. Accordingly, this Notice of Removal is being filed within 30 days of the first day of service pursuant to 28 U.S.C. § 1446(b) and, therefore, is timely.

## This Court Possesses Federal Question Jurisdiction

3. In the State Court Action, Plaintiff asserts claims for violations of the FMLA and ADA. *See* Exhibit A, ¶¶ 1, 28-60.

4. Accordingly, based upon Plaintiff's Complaint, this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331, in that this case arises under the laws of the United States. *See American Well Works Co., v. Layne and Bowler Co.,* 241 U.S. 257, 260 (1916) ("A suit arises under the law that creates the cause of action.").

## This Court Possesses Supplemental Jurisdiction Over Plaintiff's State Law Claims

5. Plaintiff's Complaint makes clear that his state law claims under the FCRA for disability discrimination (Count V) and retaliation (Count VI) arise from the same set of operative facts as his federal claims. In fact, all of Plaintiff's claims (federal and state) rely upon the facts as alleged in ¶¶ 1-27 of Plaintiff's Complaint. *See* Exhibit A. Moreover, by asserting four federal claims and two state law claims, it clear that Plaintiff's claims are substantially grounded in federal law. *See Lobo v. Celebrity Cruises, Inc.,* 703 F.3d 882, 893 (11th Cir. 2013).

6. Because Plaintiff's federal claims and state law claims are grounded in the same set of operative facts, it is without dispute that Plaintiff's claims can be (and should be) effectively litigated by this Court exercising supplemental jurisdiction over Plaintiff's state law claims. 28 U.S.C. § 1367.

2

FP 40436948.1

## This Matter Should Proceed in the U.S. District Court for the Southern District of Florida

7. Based upon Plaintiff's Complaint and the preceding facts, this cause of action is properly removed to this Court pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

8. Furthermore, removal is proper to the United States District Court for the Southern District of Florida because this federal district and division encompass Miami-Dade County where Plaintiff originally filed the State Court Action.

9. LKQ affirms that a true and correct copy of this Notice of Removal will be filed with the Clerk of the Eleventh Judicial Circuit, Miami-Dade County, promptly after the filing of this Notice of Removal, as required by 28 U.S.C. § 1446(d). A copy of this Notice and the state court Notice will be mailed and emailed to Plaintiff's attorney of record.

10. LKQ consents to the removal of this case. And, pursuant to Local Rule 7.2, LKQ states that there are no currently pending motions in the State Court Action.

**WHEREFORE,** Defendant LKQ Pick Your Part Southeast, LLC hereby notifies this Court, Plaintiff, and the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, that the above-captioned matter, now pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 2021-006344-CA-01, is hereby removed to this Court.

Dated: May 6, 2021                                         Respectfully submitted,

By:   s/ *Craig R. Annunziata*
      Craig R Annunziata, Fla. Bar No.: 992453
      **FISHER & PHILLIPS LLP**
      10 South Wacker Drive, Suite 3450
      Chicago, Illinois 60606
      (312) 346-8061 Phone
      (312) 346-3179 Facsimile
      cannunziata@fisherphillips.com

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing Notice of Removal was filed via the Court's ECF notification system on May 6, 2021 and that a true copy of the Notice of Removal was served on May 6, 2021, by First Class U.S. Mail, postage pre-paid, Federal Express, and email upon:

Peter M. Hoogerwoerd
Remer & Georges-Pierre, LLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
pmh@rgpattorneys.com

Dated: May 6, 2021                By:    s/ *Craig R. Annunziata*